UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CRYSTAL DE SOUZA,

    Plaintiff,                                         Case No. 3:19-cv-16

vs.

WRIGHT STATE UNIVERSITY, *et al.*,        District Judge Thomas M. Rose

    Defendants.

---

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT MOTION TO AMEND THE PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 24); AND (2) SETTING FORTH AMENDED CALENDAR DATES AND DEADLINES**

---

This civil case is before the Court on the parties' joint motion to amend the Preliminary Pretrial Conference Order (doc. 24) which the Court, for good cause shown, and absent objection, **GRANTS**. Accordingly, the Court sets the following amended dates and deadlines

    1.    Discovery deadline:                          **December 30, 2020**

    2.    Status conference by telephone:          **February 2, 2021 at 10:00 a.m.**

    3.    Dispositive motions deadline:            **February 12, 2021**

    4.    Final pretrial conference in Chambers:   **August 31, 2021 at 1:30 p.m.**

    5.    Jury trial:                                          **October 11, 2021 at 9:00 a.m.**

**IT IS SO ORDERED.**

                                                             *s/Thomas M. Rose*

Date:  November 17, 2020
                                                             Thomas M. Rose
                                                             United States District Judge