**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CRYSTAL DE SOUZA,**                          :

    **Plaintiff,**                               :        **CASE NO.  3:19-cv-00016**

**v.**                                                      :        **JUDGE THOMAS M. ROSE**

**WRIGHT STATE UNIVERSITY,** *et al.*,  :        **MAGISTRATE JUDGE
KAREN L. LITKOVITZ**

    **Defendants.**                            :

**AGREED ENTRY EXTENDING DISPOSITIVE MOTION DATE**

    This matter came before the Court on May 6, 2021 for a telephone status conference. Counsel for all parties appeared and participated.  Upon an oral motion of the parties and for good cause shown, the dispositive motion date of May 14, 2021 is extended by approximately 30 days. Dispositive motions in this case should be filed **on or before June 14, 2021.**

**DATE:  MAY _6_, 2021**                  *s/Thomas M. Rose_____
    **JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT**

**AGREED:**

    DAVE YOST (0056290)
    Ohio Attorney General

*/s/ Michael L. Fradin (Per telephone
authorization)*                                  *Attorney for Plaintiff*

MICHAEL L. FRADIN (0091739)
*Trial Counsel*                                   */s/ Joseph N. Rosenthal*
8401 Crawford Ave. Ste. 104
Skokie, IL 6007(847) 644-3425 -Telephone
(847)-673-1228- Facsimile                   JOSEPH N. ROSENTHAL (0018117)
mike@fradinlaw.com                        *Trial Counsel*

Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, OH 43215-3167

(614) 644-7257 - Telephone
--(614) 752-4677 - Facsimile
ELSReview@ohioattorneygeneral.gov

*/s/ Rory P. Callahan*

RORY P. CALLAHAN (0072021)
Principal Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, OH 43215-3167
(614) 644-7250 - Telephone
(614) 644-7634 - Facsimile
Rory.Callahan@ohioattorneygeneral.gov

*Attorneys for Defendants*