# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**CRYSTAL DE SOUZA,**

        **Plaintiff,**

-vs-                         **Case No. 3:19-CV-16**

                                **District Judge Thomas M. Rose**

**WRIGHT STATE UNIVERSITY, et al.,**

        **Defendants.**

## AMENDED SCHEDULING ORDER

As a result of the telephone conference conducted on June 17, 2021, the Court would set the would amend the previously set Final Pretrial Conference to Thursday, January 27, 2022 at 2:30 p.m. and the Jury Trial to Monday, February 28, 2022 at 9:00 a.m. in Courtroom 2.

**DONE** and **ORDERED** in Dayton, Ohio, this 25[h] day of June, 2021.

                                                <u>**s/Thomas M. Rose**</u>
                                                THOMAS M. ROSE, JUDGE
                                                UNITED STATES DISTRICT COURT