# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL DE SOUZA, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:19-CV-16 |
| vs | | District Judge Thomas M. Rose |
| | : | |
| WRIGHT STATE UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised on July 29, 2021, the above matter is resolved (doc. 37), IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated within the sixty (60) day period.  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **July 30, 2021**

Thomas M. Rose, Judge
United States District Court